DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC ORLANDO FOWLER,

Appellant,

v.

NIKKI ALVAREZ-SOWLES, as PASCO COUNTY CLERK and
COMPTROLLER,

Appellee.

No. 2D2023-1138

_____

May 10, 2024

Appeal from the Circuit Court for Pasco County; Kimberly Sharpe Byrd,
Judge.

Eric Orlando Fowler, pro se.

Nancy McClain Alfonso of Alfonso Hersch, P.A., Dade City, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.